# United States Court of Appeals
## For the First Circuit

No. 21-1735

UNITED STATES OF AMERICA,

Appellee,

v.

HECTOR E. NAVARRO-SANTISTEBAN, A/K/A PEPITO, A/K/A PEPE JR.,

A/K/A HECTOR E. NAVARRO-SANTIESTEBAN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on September 29, 2023, is amended as follows:

On page 24, line 16, replace "indica" with "indicia"